# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141935

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ANTHONY HANSKNECHT,
      Plaintiff-Appellant,

v

                                    SC: 141935
                                    COA: 297010

CLEAR CHANNEL BROADCASTING,
INC., d/b/a B-93 and WBCT-FM,
      Defendant-Appellee.

                                    Ionia CC: 2009-027135-CZ

_____/

On order of the Court, the application for leave to appeal the September 8, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

Clerk

0131